*T. F. West,* Attorney General, for the State.

---

O'Brien-Irwin Company, a corporation, Plaintiff in Error, v. Mike Ward, Defendant in Error.

A writ of Error to a Judgment of the Circuit Court within and for the County of Jefferson.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*Wm. T. Hendry,* for Plaintiff in Error;

No appearance for Defendant in Error.

---

James E. Crane, Plaintiff in Error, v. A. J. White as Sheriff of Hillsborough County, Defendant in Error.

A writ of Error to a Judgment of the Circuit Court within and for the County of Hillsborough.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*Thomas Palmer,* for Plaintiff in Error;

No appearance for Defendant in Error.